**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **UNITED STATED OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 9:17-CR-33-2-RC** |
| **v.** § | |
| § | |
| § | |
| § | |
| § | |
| **TYRONE TRAMMER** § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANT'S MOTION FOR RELEASE

The court referred Defendant's *Motion for Compassionate Release and Motion to Appoint Counsel* (Doc. No. 142) filed on August 31, 2020, to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court. The Government has not filed a response.

After review and consideration of Trammer's motion, Judge Hawthorn issued a Report and Recommendation on September 9, 2020, denying Trammer's motion because he failed to show that he has exhausted his administrative remedies, and he does not meet the criteria for compassionate release. (Doc. No. 143.) No objections have been filed to the Report and Recommendation. Accordingly, the court ACCEPTS Judge Hawthorn's Report and Recommendation (Doc. No. 143) and DENIES the Defendant's motion (Doc. No. 142).

**So Ordered and Signed**
Oct 10, 2020

_____
Ron Clark
Senior Judge